In the Matter of Avon Western Corporation, Appellant, against Daniel P. Woolley, as Commissioner of Public Markets of the City of New York, et al., Respondents.

Argued October 4, 1943; decided November 18, 1943.

*Nathan A. Epstein* and *Milton E. Sahn* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Paxton Blair, Charles C. Weinstein* and *Silas S. Lippman* of counsel), for respondents.

Order affirmed, with costs; no opinion. (See 291 N. Y. 823.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.